UNITED STATES DISTRICT COURT

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON   )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )<br>v.                                                  ) Case Number: 04-1568<br>                                                      )<br>                                                      )<br>THOMAS P. GORDON, SHERRY FREEBERY, )<br>JOHN L. CUNNINGHAM, COL. DAVID F. )<br>MCALLISTER and NEW CASTLE COUNTY. )<br>                                                      )<br>            Defendants.                    ) | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, and with the approval of the Court, that Defendant New Castle County has been granted a 60 day extension in which to file a response in the above captioned matter. Therefore, Defendant New Castle County will file a response on or before June 25, 2005.

_____
Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707
302-655-0582

_____
Gregg E. Wilson, County Attorney
87 Reads Way
New Castle, DE  19720
302-395-5130

It Is SO ORDERED this _____ day of _____, 2005.

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THOMAS P. GORDON, SHERRY FREEBERY, )<br>JOHN L. CUNNINGHAM, COL. DAVID F. )<br>MCALLISTER and NEW CASTLE COUNTY. )<br>)<br>Defendants. ) | Case Number: 04-1568 |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 19th day of April, 2005, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE 19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: April 19, 2005