UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THOMAS P. GORDON, SHERRY FREEBERY, )<br>JOHN L. CUNNINGHAM, COL. DAVID F. )<br>MCALLISTER and NEW CASTLE COUNTY. )<br>)<br>Defendants. ) | Case Number: 04-1568 |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a 60 day extension in which to file a response in the above captioned matter. New Castle County's response will be due on Thursday, August 25, 2005.

_____
Martin Duane Haverly, Esq.(I.D. #3295)
2 East Seventh Street, Suite 302
Wilmington, DE 19801-3707
302-655-0582

_____
Gregg E. Wilson (I.D. #85)
County Attorney
87 Reads Way
New Castle, DE 19709
302-395-5130

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THOMAS P. GORDON, SHERRY FREEBERY, )<br>JOHN L. CUNNINGHAM, COL. DAVID F. )<br>MCALLISTER and NEW CASTLE COUNTY. )<br>)<br>Defendants. ) | Case Number: 04-1568 |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 27th day of June, 2005, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE 19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: June 27, 2005