UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 04-1568 |
| | ) |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, JOHN L. CUNNINGHAM, COL. DAVID F. MCALLISTER and NEW CASTLE COUNTY. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a 60 day extension in which to file a response in the above captioned matter. New Castle County's response will be due on Friday, October 28, 2005.


/s/ Martin Duane Haverly
Martin Duane Haverly, Esq.(I.D. #3295)
2 East Seventh Street, Suite 302
Wilmington, DE  19801-3707
302-655-0582

/s/ Gregg E. Wilson
Gregg E. Wilson (I.D. #85)
County Attorney
87 Reads Way
New Castle, DE  19709
302-395-5130


        IT IS SO ORDERED this _____ day of _____, 2005.

        _____
                              J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-1568 |
| ) | |
| ) | |
| THOMAS P. GORDON, SHERRY FREEBERY, ) | |
| JOHN L. CUNNINGHAM, COL. DAVID F. ) | |
| MCALLISTER and NEW CASTLE COUNTY. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 29th day of August, 2005, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

> Martin Duane Haverly, Esquire
> 2 East Seventh Street, Suite 302
> Wilmington, DE 19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: August 29, 2005