UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 04-1568 |
| | ) |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, JOHN L. CUNNINGHAM, COL. DAVID F. MCALLISTER and NEW CASTLE COUNTY. | ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a 90 day extension in which to file a response in the above captioned matter. New Castle County's response will be due on Friday, January 30, 2006.

/s/ Martin D. Haverly
Martin Duane Haverly, Esq.(I.D. #3295)
2 East Seventh Street, Suite 302
Wilmington, DE 19801
302-655-0582

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney(I.D. #85)
Eric Leonard Episcopo
First Assistant County Attorney
87 Reads Way
New Castle, DE 19709
302-395-5123

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-1568 |
| ) | |
| ) | |
| THOMAS P. GORDON, SHERRY FREEBERY, ) | |
| JOHN L. CUNNINGHAM, COL. DAVID F. ) | |
| MCALLISTER and NEW CASTLE COUNTY. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Gregg E. Wilson, County Attorney, hereby certify that on this 24th day of October, 2006, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE  19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: October 24, 2006