UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 04-1568 |
| | ) |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, | ) |
| JOHN L. CUNNINGHAM, COL. DAVID F. | ) |
| MCALLISTER and NEW CASTLE COUNTY. | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a sixth (6) month extension in which to file an Answer to Plaintiff's Amended Complaint in the above captioned matter. New Castle County's Answer will be due on or before February 1, 2007.

/s/ Martin D. Haverly_____          /s/ Gregg E. Wilson _____

Martin Duane Haverly, Esq.(I.D. #3295)        Gregg E. Wilson, County Attorney(I.D. #85)
2 East Seventh Street, Suite 302              87 Reads Way
Wilmington, DE  19801                         New Castle, DE 19720
Telephone:  (302)654-2255                     Telephone:  (302)395-5130

       IT IS SO ORDERED this _____ day of _____, 2006

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THOMAS P. GORDON, SHERRY FREEBERY, )<br>JOHN L. CUNNINGHAM, COL. DAVID F. )<br>MCALLISTER and NEW CASTLE COUNTY. )<br>)<br>Defendants. ) | Case Number: 04-1568 |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 28th day of July, 2006, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE  19801


NEW CASTLE COUNTY LAW DEPT.


/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: July 28, 2006