UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-1568 |
| ) | |
| ) | |
| THOMAS P. GORDON, SHERRY FREEBERY, ) | |
| JOHN L. CUNNINGHAM, COL. DAVID F. ) | |
| MCALLISTER and NEW CASTLE COUNTY. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a sixth (6) month extension in which to file an Answer to Plaintiff's Amended Complaint in the above captioned matter. New Castle County's Answer will be due on or before October 1, 2007

/s/ Martin D. Haverly_____        /s/ Gregg E. Wilson _____

Martin Duane Haverly, Esq.(I.D. #3295)      Gregg E. Wilson, County Attorney(I.D. #85)
2 East Seventh Street, Suite 201            87 Reads Way
Wilmington, DE  19801                        New Castle, DE 19720
Telephone:  (302)654-2255                   Telephone:  (302)395-5130

Dated: April 17, 2007

       IT IS SO ORDERED this _____ day of _____, 2007

        _____
                                 J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-1568 |
| ) | |
| ) | |
| THOMAS P. GORDON, SHERRY FREEBERY, ) | |
| JOHN L. CUNNINGHAM, COL. DAVID F. ) | |
| MCALLISTER and NEW CASTLE COUNTY. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 18th day of April, 2007, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 201
Wilmington, DE  19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: April 18, 2007