UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 04-1568 |
| | ) |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, JOHN L. CUNNINGHAM, COL. DAVID F. MCALLISTER and NEW CASTLE COUNTY. | ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted an extension in which to file an Answer to Plaintiff's Amended Complaint in the above captioned matter. New Castle County's Answer will be due on or before October 31, 2007.

/s/ Martin D. Haverly_____
Martin Duane Haverly, Esq.(I.D. #3295)
2 East Seventh Street, Suite 302
Wilmington, DE 19801
Telephone: (302)654-2255

/s/ Gregg E. Wilson_____
Gregg E. Wilson, County Attorney(I.D. #85)
87 Reads Way
 New Castle, DE 19720
Telephone: (302)395-5130

IT IS SO ORDERED this _____ day of _____, 2007

_____
J.

UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 04-1568 |
| ) | |
| ) | |
| THOMAS P. GORDON, SHERRY FREEBERY, ) | |
| JOHN L. CUNNINGHAM, COL. DAVID F. ) | |
| MCALLISTER and NEW CASTLE COUNTY. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Gregg E. Wilson, County Attorney, hereby certify that on this 9th day of October , 2007, have caused two (2) copies of the foregoing Stipulation to be served upon Plaintiff by U.S. mail to counsel at the following address:

Martin Duane Haverly, Esquire
2 East Seventh Street, Suite 302
Wilmington, DE  19801

NEW CASTLE COUNTY LAW DEPT.

/s/ Gregg E. Wilson
Gregg E. Wilson, County Attorney (# 85)
New Castle County Government Center
87 Reads Way
New Castle, DE 19720

Date: October 9, 2007