IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1568-MPT |
| ) | |
| THOMAS P. GORDON, SHERRY ) | |
| FREEBERY, COLONEL JOHN L. ) | |
| CUNNINGHAM, COLONEL DAVID F. ) | |
| McALLISTER, and NEW CASTLE ) | |
| COUNTY, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Charles E. Butler, Esquire, as attorney for Defendants Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their individual capacity.

/s/Charles E. Butler
Charles E. Butler, Esquire (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware 19801
Telephone: (302) 655-4100
Facsimile: (302) 655-4212
ceb@cebutler.com
Attorneys for Defendants Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their individual capacity

DATED:   October 31, 2007