IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1568-MPT |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, COLONEL JOHN L. CUNNINGHAM, COLONEL DAVID F. McALLISTER, and NEW CASTLE COUNTY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER the appearance of Kathleen M. Jennings, Esquire, as attorney for Defendant Colonel John Cunningham.

OBERLY JENNINGS & RHODUNDA, P.A.

/s/Kathleen M. Jennings
Kathleen M. Jennings, Esquire (Bar I.D. 913)
1220 North Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
Telephone: (302) 576-2000
Facsimile: (302) 576-2004
kjennings@ojlaw.com
Attorneys for Defendant Colonel John Cunningham

DATED:   October 31, 2007