IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1568-MPT |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, COLONEL JOHN L. CUNNINGHAM, COLONEL DAVID F. McALLISTER, and NEW CASTLE COUNTY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ENTRIES OF APPEARANCE

PLEASE ENTER the appearances of William W. Bowser, Esquire, and Margaret M. DiBianca, Esquire, as attorneys for Defendants New Castle County; Thomas P. Gordon, in his official capacity; and Sherry Freebery, in her official capacity.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
wbowser@ycst.com; mdibianca@ycst.com
Attorneys for Defendants New Castle County; Thomas P. Gordon, in his official capacity; and Sherry Freebery, in her official capacity

DATED:    October 31, 2007