IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTHEW J. JAMISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-1568-MPT |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, COLONEL JOHN L. CUNNINGHAM, COLONEL DAVID F. McALLISTER, and NEW CASTLE COUNTY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendants, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Count I of Plaintiff's Amended Complaint for failure to state a claim. Additionally, Defendants Cunningham and McAllister move for dismissal from both Counts of the Amended Complaint. Finally, the Individual Defendants move for dismissal from the Amended Complaint pursuant to the doctrine of qualified immunity. The reasons for this request are set forth more fully in Defendants' Brief in Support of Their Partial Motion to Dismiss, filed contemporaneously with this Motion.[1]

---

[1] Defendants move to dismiss the Individual Defendants from both Counts and to dismiss Count I altogether. Defendants deny the allegations asserted in Count II. But, Defendants reserve answering Count II until after resolution of this motion, so as to prevent "duplicative sets of pleadings" and to avoid "confusion over the proper scope of discovery during the motion's pendency." 5B Wright & Miller, Fed. Practice and Proc. §1346, at p. 45 (2004); Godleswki v. Affiliated Computer Servs., Inc., 210 F.R.D. 571, 572 (E.D. Va. 2002) (majority rule holds "that the filing of a motion that only addresses part of a complaint suspends the time to respond to the entire complaint, not just to the claims that are the subject of the motion."); Circuit City Stores, Inc. v. Citgo Petroleum Corp., No. 92-7394, 1994 U.S. Dist. LEXIS 12634 at *14 (E.D. Pa. Sept. 7, 1994) (same).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ William W. Bowser*
William W. Bowser, Esquire (No. 2239)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
Attorneys for Defendant New Castle County


NEW CASTLE COUNTY LAW DEPARTMENT

*/s/ Eric L. Episcopo*
Eric L. Episcopo, Esquire (No. 2258)
87 Reads Way
New Castle, DE 19720-1648
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: eepiscopo@co.new-castle.de.us
Attorneys for Defendants




*/s/ Charles E. Butler*
Charles E. Butler, Esquire (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware 19801
Telephone: (302) 655-4100
Facsimile: (302) 655-4212
 ceb@cebutler.com
Attorneys for Defendants Sherry Freebery, Thomas P. Gordon, and Colonel David F. McAllister, each in their individual capacity

OBERLY JENNINGS & RHODUNDA, P.A.

*/s/ Kathleen M. Jennings*
Kathleen M. Jennings, Esquire (Bar I.D. 913)
1220 North Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
Telephone: (302) 576-2000
Facsimile: (302) 576-2004
 kjennings@ojlaw.com
Attorneys for Defendant Colonel John Cunningham

Dated:   October 31, 2007