**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)654-0175

November 29, 2007

**Via E-Filing**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE:   RE:   **Jamison v. New Castle County, et al., C.A. No. 04-1568-MPT**

Dear Judge Thynge:

     Plaintiff in the above captioned case hereby waives his right to file an Answering Brief concerning the Defendants' Partial Motion to Dismiss. Plaintiff recognizes that the Garcetti v. Ceballos, 126 S. Ct. 1951 (2006), case applies to Count I. So that claim is no longer valid. Had Defendants' counsel contacted Plaintiff's counsel prior to filing the Partial Motion to Dismiss, then Plaintiff would have stipulated to the dismissal of Count I and the individual defendants (Thomas Gordon, Sherry Freebery, Col. John L. Cunningham and David F. McAllister) without the need for the County Defendant to incur fees and costs for the preparation of this Partial Motion to Dismiss.

                            Respectfully submitted,

                            /s/ Martin D. Haverly

                            Martin D. Haverly
                            Del. Bar No. 3295

MDH/acs

The Honorable Mary Pat Thynge
November 29, 2007
Page 2

cc:   The Neuberger Firm
      William W. Bowser, Esquire (via E-Filing & First Class Mail)
      Kathleen M. Jennings, Esquire (via E-Filing & First Class Mail)
      Charles E. Butler, Esquire (via E-Filing & First Class Mail)
      Eric L. Episcopco, Esquire (via E-Filing & First Class Mail)
      Gregg E. Wilson, Esquire (via E-Filing & First Class Mail)
      Matt Jamison