## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CAPTAIN MATTHEW JAMISON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS P. GORDON, individually** | : | |
| **and in his official capacity;** | : | |
| **SHERRY FREEBERY, individually** | : | **C. A. No. 04-1568- MPT** |
| **and in her official capacity;** | : | |
| **COLONEL JOHN L. CUNNINGHAM,** | : | |
| **RETIRED, individually;** | : | |
| **COLONEL DAVID F. MCALLISTER,** | : | |
| **individually and in his** | : | |
| **official capacity; and** | : | |
| **NEW CASTLE COUNTY,** | : | |
| **a municipal corporation,** | : | |
| | : | |
| **Defendants.** | : | |

### STIPULATION AND ORDER OF DISMISSAL OF COUNT I
### AND OF THE NAMED INDIVIDUAL DEFENDANTS

IT IS HEREBY STIPULATED, by all of the parties, that Count I is hereby dismissed

with prejudice.  Similarly, the individual defendants (Thomas P. Gordon, Sherry Freebery, Col.

John L. Cunningham and Col. David F. McAllister) are hereby dismissed from this case with

prejudice as well.  New Castle County will be the only remaining defendant in this case.

SO ORDERED this _____ day of _____, 2007.

_____

J

**Martin D. Haverly, Attorney at Law**
/s/ Martin D. Haverly
Martin D. Haverly (Del. Bar 3295)
Two East 7th Street, Suite 201
Wilmington, DE 19801
(302)652-2255
martin@haverlylaw.com
Attorney for Plaintiff

**Oberly, Jennings & Rhodunda, P.A.**
/s/ Kathleen M. Jennings
Kathleen M. Jennings (Del. Bar 913)
1220 Market Street, Suite 710
P. O. Box 2054
Wilmington, DE 19899-2054
(302)576-2000
kjennings@ojlaw.com
Attorney for Defendant Col. John L.
Cunningham

**Young, Conaway, Stargatt & Taylor**
/s/ William W. Bowser
William W. Bowser (Del. Bar 2239)
Margaret M. DiBianca (Del. Bar 4539)
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302)571-5008
wbowser@ycst.com
mdibianca@ycst.com

Attorneys for Defendant New Castle County

/s/ Charles E. Butler
Charles E. Butler (Del. Bar 2349)
1224 North King Street
Wilmington, DE 19801
Telephone: (302) 655-4100
Ceb@cebutler.com

Attorney for Defendants Sherry Freebery,
Thomas P. Gordon, and Col. McAllister,
Each in their individual capacity

**New Castle County Law Department**
/s/ Eric L. Episcopo
Eric L. Episcopo (Del. Bar 2258)
New Castle Corporate Center
87 Reads Way
New Castle, DE 19720
(3020)395-5130
eepiscopo@co.new-castle.de.us
Attorney for Defendant New Castle County

Dated: 12/12/07

2