UNITED STATES DISTRICT COURT
DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPTAIN MATTEHW J. JAMISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 04-1568 |
| | ) |
| THOMAS P. GORDON, SHERRY FREEBERY, JOHN L. CUNNINGHAM, COL. DAVID F. MCALLISTER and NEW CASTLE COUNTY. | ) |
| | ) |
| Defendants. | ) |

## WITHDRAWAL OF COUNSEL

Please withdraw the appearance of First Assistant County Attorney Eric Leonard Episcopo as attorney for Defendants.

                                       /s/ Eric Leonard Episcopo
                                       Eric Leonard Episcopo  (I.D. # 2258)
                                       First Assistant County Attorney
                                       87 Reads Way, New Castle DE 19720
                                       Tel:  (302)395-5130; Fax (302)395-5150
                                       *Attorney for Defendant NCC*

DATED: June 5, 2008